UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------

Michael Robinson,
        Petitioner,　　　　　　　　　ORDER

　　　　　　　　　　　　　　　　　　　CV-04-3446(FB)(LB)
-vs-

William Phillips, Superintendent,

        Respondent.

---------------------------------

    On August 3, 2005 the pro se petitioner filed a letter application for an extension of time to serve and file his traverse brief. Accordingly it is

    HEREBY ORDERED that the pro se petitioner's letter application is GRANTED and his traverse brief shall be served and filed by __October 1, 2005__.

    The clerk is directed to mail copies of this notice to all parties.


DATED: Brooklyn, New York
      August 15, 2005

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　U.S.D.J.


cc.: Michael Robinson, pro se petitioner
     ADA Karol Mangum