FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ SEP 22 2005 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------
Michael Robinson,
       Petitioner,

-vs-

William Phillips, Superintendent,

       Respondent.
---------------------------------------------------

ORDER

CV-04-3446(FB)

    On September 2, 2005 pro se petitioner filed a letter requesting a stay of his petition, which is fully briefed, so he can pursue a Coram Nobis motion in State Court. Accordingly it is

    HEREBY ORDERED that pro se petitioner's letter request is GRANTED, and this petition is stayed and administratively closed without prejudice. The petitioner has 30 days from the date of this order to initiate his Coram Nobis motion in State Court, and 30 days from the final decision in Sate Court to file his supplemental petition in this Court pursuant to Zarvela v.. Artuz, 254 F.3d 374 (2d Cir. 2001).

                             _____
                             UNITED STATES DISTRICT JUDGE

DATED: Brooklyn, N.Y.
            September 16, 2005

cc.: Michael Robinson, pro se petitioner
     ADA Karol Mangum